**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL WATCHMAN INC.,** | : | **CASE NO. 1:23-cv-2396** |
| | : | |
| **Plaintiff,** | : | **JUDGE DAVID A. RUIZ** |
| | : | |
| vs. | : | **MAGISTRATE JENNIFER D. ARMSTRONG** |
| | : | |
| **REEDS JEWELERS, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

Attorney Joseph P. Ashbrook is admitted to practice in this court and appears as counsel for Defendant Reeds Jewelers, Inc.

Dated: March 11, 2024                                         Respectfully submitted.

/s/ Joseph P. Ashbrook
Joseph P. Ashbrook
Ohio Bar No. 0091279
Ashbrook Byrne Kresge LLC
Post Office Box 8248
Cincinnati, Ohio 45249
Tel: (513) 582-7424
Fax: (513) 216-9882
jpashbrook@ashbrookbk.com

**ONE OF THE ATTORNEYS FOR DEFENDANT REEDS JEWELERS, INC.**