UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **INTERNATIONAL WATCHMAN INC.,** <br><br> Plaintiff, <br><br> vs. <br><br> **REEDS JEWELERS, INC., ET AL.,** <br><br> Defendants. | **CIVIL ACTION NO. 1:23-CV-2396** <br><br><br> **JUDGE DAVID A. RUIZ** <br><br> **MAGISTRATE JENNIFER D. ARMSTRONG** |

**DEFENDANT REEDS JEWELERS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.13(b), Defendant Reeds Jewelers, Inc. ("Reeds") states that it has no parent corporation; no publicly held corporation owns 10% or more of its stock; Reeds does not have any subsidiaries or affiliate corporations as defined in L.R. 3.13(b); and Reeds is not aware of any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement.

Dated: March 11, 2024                                             Respectfully submitted.

**MCKOOL SMITH, P.C.**

Alan Whitehurst*
D.C. Bar No. 484873
awhitehurst@McKoolSmith.com
Nicholas Matich*
D.C. Bar No. 1024907
nmatich@McKoolSmith.com
McKool Smith, P.C.
1999 K Street, NW Suite 600
Washington, D.C. 20006
Telephone: (202) 370-8300
Telecopier: (202) 370-8344

*pro hac vice* applications forthcoming

/s/ Joseph P. Ashbrook
Joseph P. Ashbrook
Ohio Bar No. 0091279
Ashbrook Byrne Kresge LLC
Post Office Box 8248
Cincinnati, Ohio 45249
Tel: (513) 582-7424
Fax: (513) 216-9882
jpashbrook@ashbrookbk.com

**ATTORNEYS FOR DEFENDANT REEDS JEWELERS, INC.**

1