UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL WATCHMAN INC., | : | CASE NO. 1:23-cv-2396 |
| | : | |
| Plaintiff, | : | JUDGE DAVID A. RUIZ |
| | : | MAGISTRATE JENNIFER D. |
| vs. | : | ARMSTRONG |
| | : | |
| REEDS JEWELERS, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

### AFFIDAVIT OF NICHOLAS T. MATICH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Nicholas T. Matich appeared in person before me today and stated under oath:

1. My name is Nicholas T. Matich. I am a Principal at McKool Smith, P.C.

2. My business address is 1999 K Street NW, Suite 600, Washington, DC 20006.

3. I am a member in good standing of the D.C. Bar and the Virginia State Bar.

4. I have attached a current certificate of good standing from the D.C. Bar, dated February 15, 2024.

5. I was admitted to the D.C. Bar on February 9, 2015, and the Virginia State Bar on October 31, 2013.

6. My D.C. Bar identification number is 1024907, and my Virginia Bar identification number is 85611.

7. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. Nor have I been reprimanded by any

1

court, department, bureau or commission pertaining to my conduct or fitness as a member of the bar.

8. I respectfully request pro hac vice admission in this matter.

This concludes my sworn statement. I swear under penalty of perjury that, to the best of my knowledge, the facts stated in this affidavit are true and complete.

_____
Nicholas T. Matich

Subscribed and sworn to me this 09+H day of ~~March~~ FEBRUARY, 2024.

By Nicholas T. Matich

_____
Notary Public, ~~State~~ C=T5 of WASHINGTON

MICHAEL NEWTON
Notary Public, District of Columbia
My Commission Expires November 30, 2026

2