# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **INTERNATIONAL WATCHMAN INC.,** | : | **CASE NO. 1:23-cv-2396** |
| | : | |
| **Plaintiff,** | : | **JUDGE DAVID A. RUIZ** |
| | : | **MAGISTRATE JENNIFER D. ARMSTRONG** |
| vs. | : | |
| | : | |
| **REEDS JEWELERS, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## PROPOSED ORDER

Attorney Alan L. Whitehurst's motion for admission pro hac vice is granted.

**SIGNED** on _____, 2024

_____
United States District Judge